Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−22379−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Joan Vanucci
    701 Forepeak Avenue
    Beachwood, NJ 08722

Social Security No.:
    xxx−xx−1519

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on January 23, 2018.

On 4/16/2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:          June 5, 2019
Time:          10:00 AM
Location:      Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: April 17, 2019
JAN: vpm

                                                             Jeanne Naughton
                                                             Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                       Case No. 17-22379-CMG
Joan Vanucci                                                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                Page 1 of 2              Date Rcvd: Apr 17, 2019
                              Form ID: 185               Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 19, 2019.
db              +Joan Vanucci,    701 Forepeak Avenue,    Beachwood, NJ 08722-4133
516886674       +CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
517099993        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516886677       +Citi Cards,    PO Box 6500,    Sioux Falls, SD 57117-6500
516923416       +Deutsche Bank National Trust Co.,Trustee(See 410),    c/o Specialized Loan Servicing LLC,
                  8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516886679       +Medical Payment Data,    Attn: Online Collections,    PO box 1489,    Winterville, NC 28590-1489
516886680       +Mohela/Dept of Education,    633 Spirit Drive,    Chesterfield, MO 63005-1243
516886682       +Specialized Loan Servicing,    8742 Lucent Blvd,    Ste 300,    Littleton, CO 80129-2386
516886686       +Verizon,    Attn: Debt Recovery Solutions,    900 Merchants Concourse,    Westbury, NY 11590-5142
516981413        Wells Fargo Bank,    POB 19657,    Irvine, CA 92623-9657
516886687        Wells Fargo Dealer Services,    PO Box 25341,    Santa Ana, CA 92799-5341

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Apr 18 2019 00:49:19     U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 18 2019 00:49:15     United States Trustee,
                  Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
516886672       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 18 2019 00:56:23     Capital One Bank,
                  PO Box 71083,    Charlotte, NC 28272-1083
516886678        E-mail/Text: bncnotices@becket-lee.com Apr 18 2019 00:48:03     Kohls,   PO Box 2893,
                  Milwaukee, WI 53201-2983
517075330        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 18 2019 00:56:28
                  LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517118402       +E-mail/Text: bankruptcydpt@mcmcg.com Apr 18 2019 00:49:14     MIDLAND FUNDING LLC,
                  PO BOX 2011,    WARREN, MI 48090-2011
516952943        E-mail/PDF: cbp@onemainfinancial.com Apr 18 2019 00:55:02     ONEMAIN,    P.O. BOX 3251,
                  EVANSVILLE, IN 47731-3251
516886681       +E-mail/PDF: cbp@onemainfinancial.com Apr 18 2019 00:55:02     OneMain,    PO Box 1010,
                  Evansville, IN 47706-1010
517270584        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 18 2019 01:07:21
                  Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
517270585        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 18 2019 00:56:14
                  Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541,
                  Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
517127458        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 18 2019 00:54:35
                  Portfolio Recovery Associates, LLC,    c/o Best Buy Visa,    POB 41067,    Norfolk VA 23541
517088332        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 18 2019 00:54:33
                  Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
                  Norfolk VA 23541
517127454        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 18 2019 01:07:21
                  Portfolio Recovery Associates, LLC,    c/o The Home Depot Consumer,    POB 41067,
                  Norfolk VA 23541
517025446        E-mail/Text: bnc-quantum@quantum3group.com Apr 18 2019 00:49:04
                  Quantum3 Group LLC as agent for,    CF Medical LLC,    PO Box 788,    Kirkland, WA 98083-0788
516886683        E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2019 00:56:04     SYNCB,    PO Box 965060,
                  Orlando, FL 32896-5060
516887395       +E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2019 00:56:28     Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516999181        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 18 2019 00:54:55     Verizon,
                  by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK 73124-8838
517000714       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 18 2019 00:55:47
                  Verizon by American InfoSource LP as agent,    4515 N Santa Fe Ave,
                  Oklahoma City OK 73118-7901
                                                                                              TOTAL: 18

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516886675*      +CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
516886676*      +CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
516886673*      +Capital One Bank,    PO Box 71083,    Charlotte, NC 28272-1083
516886684*       SYNCB,    PO Box 965060,    Orlando, FL 32896-5060
516886685*       SYNCB,    PO Box 965060,    Orlando, FL 32896-5060
                                                                                   TOTALS: 0, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Apr 17, 2019
                              Form ID: 185             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 17, 2019 at the address(es) listed below:
          Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert    Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee on
           behalf of the holders of the Terwin Mortgage Trust 2006-9HGA, Asset-Backed Certificates, TMTS
           Series 2006-9HGA dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          James J. Cerbone    on behalf of Debtor Joan   Vanucci cerbonelawfirm@aol.com,
           cerbonejr83307@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                           TOTAL: 5
```