Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 17−22379−CMG
        Chapter: 13
        Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Joan Vanucci
  701 Forepeak Avenue
  Beachwood, NJ 08722

Social Security No.:
  xxx−xx−1519

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 7/15/20 at 09:00 AM

to consider and act upon the following:

**56** − Creditor's Certification of Default (related document:31 Order on Motion For Relief From Stay) filed by Gavin Stewart on behalf of Specialized Loan Servicing, LLC. Objection deadline is 07/14/2020. (Attachments: # 1 Certification # 2 Exhibit Order Curing Post−Petition Arrears & Resolving Motion For Relief From Stay # 3 Proposed Order # 4 Certificate of Service) (Stewart, Gavin)

Dated: 7/7/20

                                                  Jeanne Naughton
                                                  Clerk, U.S. Bankruptcy Court