JAMES J. CERBONE, ESQUIRE - 4036
2430 HIGHWAY 34
BUILIDNG B, SUITE 22
WALL, NJ 08736
(732) 681-6800
Attorney for Debtor

**Order Filed on July 5, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| IN RE: | UNITED STATES BANKRUPTCY COURT |
| | DISTRICT OF NEW JERSEY |
| **JOAN VANUCCI** | CHAPTER 13 |
| | CASE NO.: 17-22379/CMG |
| DEBTOR | |

### ORDER REDUCING SECURED PROOF OF CLAIM FILED BY SPECIALIZED LOAN SERVICING

The relief set forth on the following page, numbered two (2) is **ORDERED**.

**DATED: July 5, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtors:  Joan Vanucci

Case Number: 17-22379/CMG

Caption of Order:  Order Reducing Secured Proof of Claim Filed by Specialized Loan Servicing

**THIS MATTER,** being brought, before this court by James J. Cerbone, P.C. attorney for Debtor, upon reading documents submitted and good cause being shown:

**ORDERED** that the secured claim by Specialized Loan Servicing, claim number 2-3, be reduced to $3397.06.